IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **LUIS ANTONIO FLORES** | § § § § | |
| | § | **CIVIL CASE NO.** _____ |
| | § | **JURY DEMAND** |
| **VS.** | § § | |
| **LAZARO PERALES MURILLO, INDIVIDUALLY AND D/B/A PROCESS FUEL S.A. DE C.V.** | § § § § | |

## APPLICATION AND NOTICE OF REMOVAL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to 28 U. S. C. §§ 1332(a), 1441, and 1446, and Rule 81 of the local rules for the Southern District of Texas, Defendant PROCESS FUEL S.A. DE C.V. ("Applicant") files this Application and Notice of Removal and in support thereof would show the Court the following:

This Honorable Court has subject matter jurisdiction over this civil cause of action pursuant to 28 U.S.C. 1332(a)(2). It is a civil action where the matter in controversy exceeds the sum or value of $75,000. It is between citizens of a State and a citizen or subject of a foreign country. This notice of removal is filed within 30 days after the receipt by Defendant of a copy of Plaintiff's initial pleading.

**I.**

1. Plaintiff, Luis Antonio Flores filed his *Plaintiff's Original Petition* in a cause of action against Defendants, Lazaro Perales Murillo, Individually and d/b/a Process Fuel S.A. de C.V., in the Hidalgo County Court at Law No. 7, Hidalgo County, Texas, Cause No. CL-23-2719-G.

2. Defendant Process Fuel S.A. de C.V. was served on July 17, 2023, and answered on August 7, 2023. The citation for Lazaro Perales has not been served.

3. Pursuant to 28 U.S.C. § 1446, this notice of removal is filed within 30 days after the receipt by Defendant Process Fuel, SA De CV of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

**II.**

4. Removal is based upon diversity jurisdiction under 28 U.S.C. § 1332(a)(2) because it is a civil action between citizens of a State and company of a foreign country.

5. The action described in paragraph 1 arises from a motor vehicle incident that occurred in Donna, Hidalgo County, Texas on or about January 12, 2023. Defendant pleads that this Court has subject matter jurisdiction over this action, because Plaintiff seeks damages in excess of this Court's minimum jurisdictional limits and the lawsuit arises out of events or omissions that occurred in Hidalgo County. This case is being removed to the district and division from where the State court action was pending.

6. Based upon information and belief, according to Plaintiff's petition, Plaintiff Luis Antonio Flores is resident and domiciled in the State of Texas.

7. Defendant Process Fuels, S.A. de C.V. is a is a company domiciled in General Escobedo, Nuevo Leon, Mexico. According to Plaintiff's petition, co-defendant, Lazaro Perales Murillo is a resident of a foreign country. Mr. Perales Murillo is a Mexican citizen and resident.

8. The amount in controversy exceeds $75,001.00. Plaintiff seeks monetary relief of over $250,000 but not more than $1,000,000.

**III.**

9. Pursuant to Rule 81 of the Local Rules of the Southern District of Texas, Applicant would show the following:

    a. Plaintiff: Luis Antonio Flores

    b. Defendant: Process Fuel, S.A. de C.V.

    c. Defendant: Lazaro Perales Murillo

    d. Status of service of process: Process Fuel, SA de CV answered on August 7 2023.

    e. Status of Service of Process: Plaintiff has not served Lazaro Perales Murillo.

    f. Counsel for each party is as follows:

Counsel for Plaintiff Luis Antonio Flores:

Bobby Garcia
State Bar No.: 07645210
Federal Bar No.:_____
LAW OFFICE OF BOBBY GARICA, P.C.
P.O. Box 5729
McAllen, Texas 78502
Telephone: (956) 668-7400
Facsimile: (956) 668-7500

Counsel for Defendant, Process Fuel, SA de CV.

Joe Reyna
State Bar No. 24002826
Federal Bar No. 3182809
Tamara L. Rodriguez
State Bar No. 00791647
Federal Bar No. 18972
Vidaurri, Rodriguez & Reyna, LLP
202 North 10th Avenue
Edinburg, TX 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725

    g. A jury was demanded by Defendant Process Fuel, S.A. de C.V. in the state county court, and the jury fee was paid.

    h. Name and address of court from which the case is being removed:

      Hidalgo County Court at Law No. 7
      100 N. Closner Blvd.
      Hidalgo County
      Edinburg, Texas 78539

10.    Pursuant to Local Rule 81, a copy of all pleadings asserting causes of action and all answers to such pleadings, a copy of all orders signed by the state judge, a copy of the docket sheet, and an index of the matters being filed are attached hereto.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the above action now pending in the Hidalgo County Court at Law No. 7 of Hidalgo County, Texas, Cause No. CL-23-2719-G, be removed to this Court pursuant to Rule 28 U.S.C. §1332 and Rule 81 of the Local Rules of the Southern District of Texas and that Applicant may have such other and further relief at law or in equity to which it may show itself justly entitled.

      Respectfully submitted,

By: _____
      Joe Reyna
      State Bar No. 24002826
      Federal Bar No. 3182809
      Tamara Rodriguez
      State Bar No. 00791647
      Federal Bar No. 18972
      Attorneys for Defendant,
      Process Fuel S.A. de C.V.

Of Counsel:
Vidaurri, Rodriguez & Reyna, LLP
202 North 10th Avenue
Edinburg, Texas 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725
Email: jreyna@vrrtxlaw.com
trodriguez@vrrtxlaw.com
Attorneys for Defendant, Process Fuel S.A. de C.V.

4

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing Application and Notice of Removal has been forwarded to opposing counsel on this the 16th day of August, 2023, as follows:

**VIA ESERVICE: litigation@bobbygarcia.com**
Bobby Garcia
LAW OFFICE OF BOBBY GARCIA, P.C.
P.O. Box 5729
McAllen, Texas 78502

                                                                  _____
                                                                  Joe Reyna